UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL GREEN,

        Plaintiff,                    Case No. 2:25-cv-10282

v.                                       Honorable Susan K. DeClercq
                                            United States District Judge

MANPOWER – ANN ARBOR (231),

                                            Honorable Curtis Ivy Jr.
       Defendant.                United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION (ECF No. 28), DISMISSING PLAINTIFF'S AMENDED COMPLAINT (ECF No. 10), AND DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT (ECF No. 15)**

On August 25, 2025, Magistrate Judge Curtis Ivy Jr. issued a report, ECF No. 28, recommending that this Court dismiss Plaintiff Darrell Green's amended complaint, ECF No. 10, and deny Defendant Manpower – Ann Arbor (231)'s motion to dismiss as moot, ECF No. 15. ECF No. 28 at PageID.158. After the parties were properly served with the report and recommendation on October 9, 2025, *see* ECF Nos. 30; 31, Judge Ivy provided 14 days to object. ECF No. 28 at PageID.158. But the Parties did not do so. They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)).

Moreover, having reviewed the report and recommendation, this Court will adopt the recommendation in full because it finds no clear error. *See Roby v. Bloom Roofing Sys*, 343 F.R.D. 487, 490 (E.D. Mich. 2023) (noting that a clearly erroneous finding is one that leaves this Court with a firm and definite conviction that the magistrate judge made a mistake).

Accordingly, it is **ORDERED** that the Report and Recommendation, ECF No. 28, is **ADOPTED**.

It is further **ORDERED** that Plaintiff's Amended Complaint, ECF No. 10, is **DISMISSED** for failure to state a claim upon which relief can be granted.

It is further **ORDERED** that Defendant's Motion to Dismiss, ECF No. 15, is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

**This is a final order and closes the above-captioned case**.

*/s/Susan K. DeClercq*
SUSAN K. DeCLERCQ
United States District Judge

Dated:  November 18, 2025